UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| MICHAEL HUDMAN,<br><br>    Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF INDIANA,<br><br>    Defendant. | No. 1:23-CV-131-H |

## ORDER

Before the Court is the parties' Agreed Motion to Abate and Stay Proceedings for Appraisal. Dkt. No. 7. After considering the motion and in light of both parties' agreement, the Court finds that the motion should be granted.

The parties are ordered to submit this lawsuit to appraisal. The Court further orders that this lawsuit be abated pending that appraisal. The parties are ordered to file a joint status report detailing the progress of appraisal proceedings by no later than December 4, 2023, or within 14 days of the appraisal's conclusion, whichever is sooner. The Court's prior order requiring a scheduling conference and report (Dkt. No. 5) is vacated. The Clerk is directed to administratively close this case pending further notice.

So ordered on August 2, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE